UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,

                              Plaintiff,

       -against-

MESON DE COLOMBIA, INC. d/b/a MESON
COLOMBIANO STEAKHOUSE,

                              Defendant.
-----------------------------------------------------------------x

**ORDER**

10-CV-1142 (ENV) (ALC)

**VITALIANO, D.J.**

Plaintiff J&J Sports Productions, Inc., brought this action against defendant Meson de Colombia d/b/a/ Meson Colombiano Steakhouse pursuant to 47 U.S.C. §§ 553 and 605, alleging that defendant broadcasted certain boxing matches at its establishment on March 15, 2008 without entering into the requisite sublicensing agreements.

Defendant was served with the Complaint on June 4, 2010. After defendant failed to appear or otherwise respond to the Complaint, plaintiff moved for default judgment on July 27, 2010. On August 26, 2010, the Court granted plaintiff's motion for default judgment and referred the action to Magistrate Judge Andrew L. Carter, Jr. to conduct an inquest.

Following a review of the relevant submissions, Magistrate Judge Carter issued a Report and Recommendation ("R&R") on October 7, 2010, recommending that judgment be entered against defendant in the amount of $7,350, reflecting $1,500 in statutory damages, $4,500 in enhanced damages, and $1,350 in interest. Judge Carter further recommended that the Court deny plaintiffs' request for attorney's fees with leave to renew if filed with proper documentation. No objections to Judge Carter's R&R have been timely filed.

In reviewing a report and recommendation, the court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Moreover, in order to accept a magistrate judge's report and recommendation where no timely objection has been made, the "court need only satisfy itself that there is no clear error on the face of the record." Urena v. New York, 160 F.Supp.2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F.Supp. 1186, 1189 (S.D.N.Y. 1985)).

After careful review of all the evidence in the record below, the Court finds Magistrate Judge Carter's R&R to be correct, comprehensive, well-reasoned, and free of any clear error. The Court, therefore, adopts the R&R in its entirety as the opinion of the Court. Accordingly, for the reasons stated in the R&R, the plaintiff is awarded $1,500 in statutory damages, $4,500 in enhanced damages, and $1,350 in interest, for a total of $7,350. Plaintiff's motion for attorneys' fees and costs is denied, with leave to renew within 30 days if filed with proper documentation.

The Clerk is directed to enter Judgment and to close this case.

**SO ORDERED.**

Dated: Brooklyn, New York
November 17, 2010

ERIC N. VITALIANO
U.S.D.J.